## MOTION AND PROCEDURAL RULINGS

**2013–1668.   State ex rel. Cleveland Right to Life, Inc. v. State of Ohio Controlling Bd.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition.

Upon consideration of the motion for admission pro hac vice of Iris Y. Gonzalez, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

## MISCELLANEOUS DISMISSALS

**2012–2120.   Fabiano v. Tuscarawas Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2012–Q–1431. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2013–1742.   State ex rel. Cornely v. Ohio Pub. Emps. Retirement Sys.**
Franklin App. No. 12AP–676, 2013-Ohio-4205.

**2013–1791.   Simon v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–1129.

**2013–1809.   State ex rel. Quolke v. Strongsville City School Dist. Bd. of Edn.**
Cuyahoga App. No. 99733, 2013-Ohio-4481.

**2013–1817.   PAK Holdings, L.L.C. v. Testa.**
Board of Tax Appeals, No. 2012–438.

**2013–1826.   Holman Rentals, L.L.C. v. Wood Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–2761.

**2013–1827.   Chiow v. Wood Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–2763.

**2013–1828.   Queen v. Wood Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–2762.

**2013–1882.   Brecksville–Broadview Hts. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2012–779 and 2012–1686.

**2013–1884.   State ex rel. Autumn Health Care of Zanesville, Inc. v. Ohio Atty. Gen.**
In Mandamus.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E).

The appellants in each case shall file a brief within 40 days of the date of these entries, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss these cases or take other action if the parties fail to timely file merit briefs.

**2013–1598.   Sanborn v. Hamilton Cty. Budget Comm.**
Board of Tax Appeals, No. 2010–938.

**2013–1627.   Hitachi Med. Sys. of Am., Inc. v. Levin.**
Board of Tax Appeals, No. 2009–1576.